Michael J. McCue
Nevada Bar No. 6055
Jonathan W. Fountain
Nevada Bar No. 10351
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV  89169
Telephone: 702.949.8200
mmccue@lrrc.com
jfountain@lrrc.com

Christopher J. Renk
Erik S. Maurer
Michael J. Harris
Aaron P. Bowling
BANNER & WITCOFF, LTD.
10 South Wacker Drive, Suite 3000
Chicago, IL  60606
Telephone: 312.463.5000
crenk@bannerwitcoff.com
emaurer@bannerwitcoff.com
mharris@bannerwitcoff.com
abowling@bannerwitcoff.com

*Attorneys for Plaintiff, NIKE, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NIKE, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>FUJIAN BESTWINN (CHINA) INDUSTRY CO., LTD. a/k/a/ XIAMEN BESTWINN IMP. & EXP. CO., LTD.,<br><br>    Defendant. | Case No.   2:16-cv-00311-APG-VCF<br><br>**FINAL JUDGMENT BY DEFAULT PURSUANT TO FED. R. CIV. P. 55(b)** |

2010911842_1

Having duly considered NIKE Inc.'s ("NIKE's") motion for entry of final judgment, the Court hereby enters this final judgment by default against Defendant Fujian Bestwinn (China) Industry Co., Ltd. a/k/a Xiamen Bestwinn Imp. & Exp. Co., Ltd. ("Bestwinn") pursuant to Rule 55(b) of the Federal Rules of Civil Procedure.

**IT IS ORDERED** that Judgment is entered against Bestwinn for willfully infringing NIKE's U.S. Design Patent Nos. D636,573; D666,405; D666,406; D673,765; D682,523; D683,119; D683,946; D694,501; D696,849; D696,853; D700,423; D701,689; D707,027; D707,028; D707,032; D707,033; D710,579; D746,037, in violation of 35 U.S.C. §§ 271(a) and (b).

**IT IS FURTHER ORDERED** that Bestwinn and its officers, directors, employees, agents, and attorneys are hereby permanently enjoined from infringing NIKE's patents identified above, including but not limited to, making, using, selling, offering to sell, or importing into the United States shoe designs covered by the patents enumerated above, such products specifically including but not limited to models identified by Bestwinn as: 90088, BW1001, BW1002, BW1003, BW71389, BW71389A—BW71389P, BW71390, BW71390A—BW71390C, BW71391, BW71391A-BW71391E, BW71390A-1—BW71390C-1, BW71391A-1, BW71391B-1, BW71391D-1, BW71392, BW71392A—BW71392N, BW71392-1 and BW71392A-1—BW71392E-1, as well as colorable imitations thereof, pursuant to 35 U.S.C. § 283 and Fed. R. Civ. P. 65(d).

**IT IS FURTHER ORDERED** that NIKE recover an award of damages adequate to compensate NIKE for the patent infringements that have occurred pursuant to 35 U.S.C. § 284, which shall be trebled as a result of Bestwinn's willful patent infringement, or an award of Bestwinn's profits from its infringements pursuant to 35 U.S.C. § 289, whichever is greater, together with prejudgment interest and costs.

**IT IS FURTHER ORDERED** that NIKE recovers its reasonable attorneys' fees pursuant to 35 U.S.C. § 285, with prejudgment interest. NIKE shall file the information required by Local Rule 54-16 in support of their fee award amount within fourteen (14) days after the date of this Order.

**IT IS FURTHER ORDERED** that NIKE recover its reasonable costs from the Bestwinn pursuant to Fed. R. Civ. P. 54(d). NIKE shall file a bill of costs and disbursements on the form provided by the clerk pursuant to Local Rule 54-1, no later than ten (10) days after the date of this Order.

**IT IS FURTHER ORDERED** that this Court retains jurisdiction over the parties to the extent necessary to enforce the terms of this Order and the injunctive relief provided herein.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Date: September 23, 2016

-2-

2010911842_1