AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Nike, Inc.

Plaintiff,

v.

Fujian Bestwinn (China) Industry Co., Ltd.
a/k/a
Xiamen Bestwinn Imp. & Exp. Co., Ltd.

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:16-cv-00311-APG-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that plaintiff Nike is awarded $102,649 in attorney's fees.

June 16, 2017

Date

/s/ Debra K. Kempi

Clerk

/s/ M. Morrison

(By) Deputy Clerk