FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 14 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

Nike, Inc.

    Plaintiffs,

v.

Fujian Bestwinn (China) Industry Co., Ltd.

    Defendants.

2:16-cv-0311-APG-VCF

**ORDER TO RELEASE BOND**

Presently before the court is the matter of Nike, Inc. v. Fujian Bestwinn (China) Industry Co., Ltd. case number 2:16-cv-00311-APG-VCF.

On February 17, 2016, the Court ordered Plaintiff, Nike, Inc. to post a security bond for $25,000.00. [ECF 9]. On February 17, 2016, Lewis Roca Rothgerber Christie, LLP posted a security bond on behalf of Plaintiff, Nike, Inc., receipt NVLAS040327 in the amount of $25,000.00. [ECF 11].

On September 23, 2016, a default Judgment in favor of Plaintiff, Nike, Inc. and against Defendant, Fujian Bestwinn (China) Industry Co., Ltd. [ECF 30]. As this matter is now concluded, the Court will refund to the legal owner, Lewis Roca Rothgerber Christie, LLP, the $25,000.00 security bond, plus interest.

Accordingly,

**IT IS SO ORDERED**

Dated this 14th day of June, 2019.

                                                    Andrew P. Gordon, Judge
                                                  United State District Court